# United States Court of Appeals
### For the Eighth Circuit

_____

No. 26-1177
_____

United States of America

*Plaintiff - Appellee*

v.

Levi Farren Miller

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern
_____

Submitted: August 5, 2026
Filed: August 12, 2026
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Levi Miller appeals after the district court[1] revoked his supervised release and sentenced him to 9 months in prison and 1 year of supervised release. On appeal, he

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

challenges the district court's finding that he violated the conditions of his supervised release and the substantive reasonableness of the revocation sentence.

Having carefully reviewed the record, we conclude that the district court did not clearly err in finding a preponderance of the evidence showed Miller violated his conditions of supervised release. See 18 U.S.C. § 3583(e)(3) (court may revoke supervised release if it finds by preponderance of evidence that defendant violated condition of supervised release); United States v. Miller, 557 F.3d 910, 914 (8th Cir. 2009) (reviewing revocation decision for abuse of discretion and finding as to whether violation occurred for clear error). We also conclude that the district court did not abuse its discretion in sentencing Miller. See Miller, 557 F.3d at 917 (reviewing substantive reasonableness of revocation sentence for abuse of discretion); United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider a relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment); United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008) (within-Guidelines-range revocation sentence is accorded presumption of reasonableness on appeal).

Accordingly, we affirm.

_____